162

■■■■■■■■■■

670 A.2d 127

**Jack TRINSEY, Appellant,**

**v.**

**Yvette KANE, Acting Secretary of the Commonwealth, Bureau of Elections, and County of Montgomery Board of Elections, Appellees.**

**No. 10 Eastern District Appeal Docket 1995.**

Supreme Court of Pennsylvania.

March 28, 1995.

Reconsideration and Stay Denied April 26, 1995.

### *ORDER*

PER CURIAM:

**AND NOW,** this 28th day of March, 1995, it is hereby ordered that the within appeal is quashed. The Petition for Emergency Stay/Hearing On Expedited Basis In An Election Matter is denied.

MONTEMURO, J., is sitting by designation.